*Adamson* for petitioner. *Solicitor General Fahy* and *Messrs. Warner W. Gardner, Arnold Levy,* and *Jesse B. Messitte* for respondents.

No. 971. BINKLEY MINING CO. *v.* WHEELER, ACTING DIRECTOR, BITUMINOUS COAL DIVISION, ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry Adamson* for petitioner. *Solicitor General Fahy* and *Messrs. Warner W. Gardner, Arnold Levy,* and *Jesse B. Messitte* for respondents.

No. 988. CLEVELAND TRUST CO. ET AL. *v.* STOLLER. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. A. L. Gebhard* and *Kerns Wright* for petitioners. *Mr. Elmer McClain* for respondent.

No. 989. GORDON FORM LATHE CO. *v.* FORD MOTOR CO. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. O. Richey* and *B. D. Watts* for petitioner. *Messrs. Drury W. Cooper* and *I. Joseph Farley* for respondent.

No. 992. N. O. NELSON CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt, Stanley S. Waite,* and *Jacob Chasnoff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and